Samuel E. HALEY, Jr., Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD–34774.

Missouri Court of Appeals, Western District.

Sept. 4, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM.

Movant appeals from a denial of relief requested by him under Rule 27.26. The

findings of fact by the trial court are not clearly erroneous, no error of law appears, and an opinion would have no precedential value.

Affirmed. Rule 84.16(b).